**Order entered July 8, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00106-CR

### SUZANNE BATTLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB10-50867-F**

## ORDER

On May 9, 2013, this Court adopted the trial court's findings that appellant is not indigent, she is represented by retained counsel, and counsel indicated the reporter's record could be paid for within thirty days of the March 29, 2013 hearing. We ordered the court reporter to file, within thirty days of May 9, 2013, either the reporter's record or written verification that appellant had not paid for the record. We further warned appellant that if we received verification of non-payment, we would order the appeal submitted without the reporter's record. We have received court reporter Charon Evans's letter stating she has not received payment for the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **ORDER** appellant to file her brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE